STIP
DAVID LEE PHILLIPS, ESQ.
700 S. 4th Street
Las Vegas, Nevada 89109
702.386.6000

FEDERAL DISTRICT COURT FOR

THE DISTRICT OF NEVADA

| | |
|---|---|
| Severina Andrade, Plaintiff | Case No.: 2:17-cv-00118-APG-CWH |
| | Department No.: XXIV |
| v. | |
| National Railroad Passenger Corp. et al Defendants | |

STIPULATION TO DISMISS COMPLAINT WITHOUT PREJUDICE AND ORDER

STIPULATION.

WHEREAS, the parties herein do agree and/or stipulate the withdrawal of the instant Complaint as herein captioned.

ACCORDINGLY, IT IS HEREBY STIPULATED AND REQUESTED by and between the parties in this action:

All Plaintiff's claims in this matter shall be dismissed without prejudice and without costs and attorneys' fees to any party.

IT IS SO ORDERED.
Dated: September 21, 2017

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

-1-

IT IS SO STIPULATED:

By /s/DAVID LEE PHILLIPS,ESQ     By WILLIIAM THORPE,ESQ.

David Lee Phillips, Esq.         William Thorpe
Attorney for Plaitiff            Attorney for Defendant



Date: September 20th, 2017